**Opinion filed March 5, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00012-CR
_____

## MICHAEL ROBERT GAVURNIK, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 25262A**

## MEMORANDUM OPINION

Michael Robert Gavurnik, Appellant, filed a pro se notice of appeal in this case. Appellant has now filed a pro se motion to dismiss the appeal. In the motion, Appellant states, "[I] do not wish to appeal my case or sentence[.] Please let me get on to TDCJ." Appellant requests that his appeal be withdrawn. The motion is signed by Appellant. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

March 5, 2015                                                     PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.